UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

|  |  |  |
|---|---|---|
| HARSHITABEN CHAUDHARI, | ) | **Acknowledged** |
|  | ) | TWP |
| Petitioner, | ) | May 11, 2026 |
|  | ) |  |
| v. | ) Cause No. 4:26-cv-00098-TWP-KMB |  |
|  | ) |  |
| MARKWAYNE MULLIN, | ) |  |
| TODD BLANCHE, | ) |  |
| SAMUEL OLSON, and | ) |  |
| SCOTT MAPLES, | ) |  |
|  | ) |  |
| Respondents. | ) |  |

## NOTICE

Pursuant to the Court's Order Granting a Petition for a Writ of Habeas Corpus, the

Respondents respectfully notice the Court that the Petitioner was, pursuant to the Court's Order,

the subject of a bond hearing. The Immigration Judge determined that Ms. Chaudhari was a

flight risk and bond was denied.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:    /s/ Jeffrey D. Preston
Jeffrey D. Prston
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
Jeffrey.Preston@usdoj.gov
Telephone No: (317) 226-6333
Fax No: (317) 226-6125

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, a copy of the foregoing was filed electronically.

Service of this filing will be made on the ECF-registered counsel by operation of the Court's

electronic filing system:

/s/ Jeffrey D. Preston
Jeffrey D. Preston
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204

2